

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STEPHEN MARK LENZ, | § | No. 08-23-00284-CR |
| Appellant, | § | Appeal from the |
| v. | § | 25th Judicial District Court |
| | § | of Guadalupe County, Texas |
| THE STATE OF TEXAS, | § | (TC#18-1340-CR-C) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore as modified, we affirm the judgment of the trial court, Tex. R. App. P. 43.2(b), and grant counsel's motion to withdraw. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.